[No. 46065-0-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. GABBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01285-7, James H. Allendoerfer, J., entered January 19, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 46158-3-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALAN GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07852-5, Deborah D. Fleck, J., entered February 11, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46181-8-I. Division One. July 2, 2001.]

MICHAEL SCHINDELE, *Respondent*, v. USA PETROLEUM CORPORATION, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-2-10015-0, Suzanne M. Barnett, J., entered November 19, 1999, and February 2, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.

[No. 46218-1-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARD RALPH GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-06079-4, Julie Spector, J., entered February 23, 2000. *Affirmed* by unpublished per curiam opinion.